HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. JAMES W. MONEGHAN, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. JOHN NESBIT, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. ELIZABETH CANTY, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. ROBERT W. LOCKWOOD, JR., Respondent.— Order affirmed, without costs. All concur.